## WILEY v. DISTRICT OF COLUMBIA.

This appeal is governed by the decision of the Court in *Hunter* v. *District of Columbia, ante*, 406.

No 3162. Submitted March 4, 1918. Decided March 12, 1918.

HEARING on an appeal from a judgment of the Police Court of the District of Columbia, convicting the defendant of the crime of unlawful assembly.        *Reversed and remanded.*

The facts are stated in the opinion.

*Mr. R. B. Dickey* for the petitioner.

No appearance for the respondent.

Mr. Chief Justice SMYTH delivered the opinion of the Court:

On consideration of the petition for the allowance of a writ of error to the police court in the case of Anna K. Wiley, petitioner, v. District of Columbia, it is by the court this day ordered that said petition be, and the same is hereby, granted. And it is further ordered that, on the filing of the transcript of record in this court, the same judgment be entered herein as was entered in cases Nos. 3121 and 3122, January term, 1918, *ante,* 406, 411.